IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
       Magistrate Judge David S. Perelman     Case Number:   1:02cv491

ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman

to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.

                       ____s/Susan J. Dlott_____
                       Susan J. Dlott
                       United States District Judge