| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  J. Borg     ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  T. Borng<br>C. Date of Delivery  8/20/04 |
| 1. Article Addressed to:  02cv491 * M<br>Thomas Proctor<br>#338-527<br>Chillicothe Correctional<br>P.O. Box 5500<br>Chillicothe, Ohio<br>45601 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer f.)  7001 2510 0008 6348 6786 | |
| PS Form 3811, August 2001   Domestic Return Receipt   02-491 Dkt Doc 14 | 102595-02-M-1540 |